UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA BECHTEL,

    Plaintiff,

v.                                    Case No.  8:05-cv-1066-T-30TBM

CAPITAL ONE FINANCIAL CORPORATION
LONG-TERM DISABILITY PLAN,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #13).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1066.dismissal.wpd